```
 1                    UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF MARYLAND
 2                          NORTHERN DIVISION

 3    UNITED STATES OF AMERICA   Criminal No.  RDB-07-0244

 4                                  Baltimore, Maryland

 5         v.                       February 20, 2008

 6    TIMOTHY CLARIDY,              11:00 a.m.

 7            Defendant.

 8    -------------------------------------------------/

 9                   TRANSCRIPT OF MOTIONS HEARING
              BEFORE THE HONORABLE RICHARD D. BENNETT
10                  UNITED STATES DISTRICT JUDGE

11    APPEARANCES:

12    For the Government:    United States Attorney's Office
                             By:  PHILIP S. JACKSON, ESQUIRE
13                           36 South Charles Street
                             Fourth Floor
14                           Baltimore, Maryland 21201

15

16    For the Defendant:     Bates May and Seddiq
                             By:  IVAN J. BATES, ESQUIRE
17                           10 N. Calvert Street
                             Suite 214
18                           Baltimore, Maryland 21202

19

20    Court Reporter         Lisa K. Bankins RMR
                             101 West Lombard Street
21                           Room 5515
                             Baltimore, Maryland 21201
22

23    Proceedings recorded by mechanical stenography,
      transcript produced by notereading.
24

25
```

```
 1                    P R O C E E D I N G S
 2            THE COURT:    Mr. Jackson, if you'll call the case,
 3   please?
 4            MR. JACKSON:    For the record, Phil Jackson here on
 5   behalf of the government in the case of United States v. Timothy
 6   Claridy, Case Number RDB-07-0244 and we're here on the
 7   government's motion regarding possible conflict of interest with
 8   counsel for the defense.
 9            THE COURT:    And for the defense?
10            MR. BATES:    Good morning, Your Honor.  Ivan Bates on
11   behalf of Timothy Claridy who is standing to the right of me.
12            THE COURT:    Good morning, Mr. Bates, and good morning,
13   Mr. Claridy.
14            THE DEFENDANT:    Good morning.
15            THE COURT:    This case is set in for trial on the
16   superseding indictment.  It's scheduled for trial on March 17th.
17   Correct, counsel?
18            MR. BATES:    That's correct.
19            MR. JACKSON:    Yes, Your Honor.
20            THE COURT:    Okay.  Paper Number 40 is the government's
21   motion for attorney inquiry.  Mr. Claridy is represented by Mr.
22   Bates here in court this morning.  Mr. Bates also represented
23   David Ellerby which is a criminal matter now pending before Judge
24   Blake of this court.  Is that correct, Mr. Bates?
25            MR. BATES:    Actually, Your Honor, I just filed notice
```

| | |
|---|---|
| 1 | to withdraw my appearance which was granted yesterday. I did up |
| 2 | until yesterday. |
| 3 | THE COURT: All right. So you did represent Mr. |
| 4 | Ellerby up until yesterday. And that matter is scheduled to |
| 5 | proceed to trial on March 3rd. Based on the evidence developed |
| 6 | in the Ellerby investigation, the government has represented |
| 7 | there was a criminal relationship between Mr. Claridy and Mr. |
| 8 | Ellerby which was described by one witness as a partnership |
| 9 | involving distribution of narcotics and the government has noted |
| 10 | in that vein that evidence seized from the location of Ellerby's |
| 11 | activities was a photograph depicting Mr. Claridy and Mr. Ellerby |
| 12 | as well as others was found. Among the items of evidence, |
| 13 | there's also indication of cell phone calls between Mr. Ellerby |
| 14 | and Mr. Claridy. And in light of Mr. Bates' representation of |
| 15 | both Ellerby and Claridy, the government has requested that this |
| 16 | Court hold a hearing to inquire as to whether a conflict exists |
| 17 | that prevents Mr. Bates from representing Mr. Claridy in the |
| 18 | instant case. That is Paper Number 40. That's a pending motion |
| 19 | and it was filed on February the 8th. Then I have another motion |
| 20 | filed which was in fact in filed yesterday. This is Paper Number |
| 21 | 41 in which Mr. Bates has come forward and pursuant to local Rule |
| 22 | 201 moved to disqualify his appearance of counsel for the |
| 23 | defendant, Timothy Claridy, for the reasons that on or before |
| 24 | February 5, 2008, he was informed by Assistant United States |
| 25 | Attorney Tonya Kowitz of a possible conflict of interest |

involving a defendant in her case and Mr. Claridy and Mr. Bates has made reference to the defendant, David Ellerby, in the case of Criminal Number CCB-07-0064 in this court. In light of this, Mr. Bates has represented that he researched the issues and has noted that it would be difficulty to represent either of the defendants given that situation. Correct, Mr. Bates?

MR. BATES: That is correct, Your Honor.

THE COURT: All right. So I have a pending motion for attorney inquiry and I have a pending motion to withdraw appearance of counsel. So it doesn't appear that we have any issue to resolve. I'm prepared to grant both motions for the simple reason that Mr. Bates has represented both Mr. Claridy and Mr. Ellerby. It would put him in a very untenable position with respect to any cross-examination of Mr. Ellerby. In the matter of representing both Mr. Bates and Mr. Claridy, it would put him in a difficult situation if he were to try to represent Mr. Claridy and cross-examine Mr. Ellerby. So the situation is that he has properly withdrawn his appearance from both cases to avoid any conflict of interest.

What I would ask counsel to do is to prepare a Speedy Trial Act order. And Mr. Jackson, if you'll prepare one. Mr. Bates, I'm going to grant your motion to withdraw. A speedy trial motion will have to be prepared because this case is scheduled to go to trial on March the 17th and there's going to have to be excludable time. We will trial to set this case in

| | |
|---|---|
| 1 | for trial within 70 days of today's date and I'm going to try to |
| 2 | get some dates from you, Mr. Jackson, in terms of a potential |
| 3 | trial date of the case, but I really can't do that -- I'm going |
| 4 | to set a trial date now and whatever attorney comes into the case |
| 5 | will have to abide by that under the Speedy Trial Act unless |
| 6 | there's a further waiver. Now, Mr. Bates, are you privately |
| 7 | retained or court appointed? |
| 8 | MR. BATES: I was privately retained. I will inform |
| 9 | the Court, Your Honor, I have -- once I informed Mr. Claridy |
| 10 | about this, I spoke with another attorney. That other attorney |
| 11 | at this point in time is willing it appears to go ahead and enter |
| 12 | their appearance. However, I first need to be out of the case. |
| 13 | THE COURT: Who is the other attorney? |
| 14 | MR. BATES: His name is Robert Cole. |
| 15 | THE COURT: Okay. |
| 16 | MR. BATES: Your Honor, I've spoken to him. I spoke to |
| 17 | Mr. Claridy's family and I have already received a letter from |
| 18 | Mr. Claridy asking me to give the file to his new attorney. |
| 19 | THE COURT: Okay. |
| 20 | MR. BATES: And actually, Mr. Cole, his biggest concern |
| 21 | was the calendar. He didn't want to necessarily enter his |
| 22 | appearance and deal with those issues. I do believe hopefully by |
| 23 | Friday, Your Honor, Mr. Cole will hopefully be retained by |
| 24 | Mr. Claridy's family. I've already taken the initiative to try |
| 25 | to get the two parties together. Mr. Cole just didn't want to go |

1  see Mr. Claridy until my appearance is out of it, Your Honor.
2  THE COURT:   All right.  Okay.  Well, what I'm going to
3  do is, I'm going to, there will be excludable time from today's
4  date until certainly, clearly by March 17th because of the fact
5  that we're trying to get new counsel in the case.  Mr. Jackson,
6  if you'll submit the proposed order on that?
7  MR. JACKSON:   I will, Your Honor.
8  THE COURT:   I'm going to schedule a trial date within
9  the spirit of the Speedy Trial Act, 18 United States Code,
10 Section 3161.  I'm going to schedule a trial date within seventy
11 days of today's date.  So, Ms. West, if you'll look out for ten
12 weeks from today's date?
13 (A discussion regarding scheduling was heard off the
14 record.)
15 THE COURT:   All right.  The trial in this case will be
16 set for Monday, April the 28th at 9:30.  The pretrial conference
17 will be Monday April the 21st at 4:30.  If you will give those
18 dates to Mr. Cole, Mr. Bates, I'm going to schedule it in that
19 fashion.  Now, Mr. Cole can certainly request an agreed trial
20 date with Mr. Jackson.  I'll certainly consider that.  But I need
21 to at least schedule this for now within seventy days of today's
22 date.  Now that can be scheduled within sixty-eight days from
23 today's date.  And I'll enter a Speedy Trial Act order.
24 MR. BATES:   Yes, sir.
25 THE COURT:   All right.  Anything further from the point

| | |
|---|---|
| 1 | of view of the government, Mr. Jackson? |
| 2 | MR. JACKSON: I'll let Mr. Needleman who represents the |
| 3 | co-defendant know of the new date. |
| 4 | THE COURT: Yes. I had forgotten that. |
| 5 | MR. BATES: I have spoken with Mr. Needleman's office |
| 6 | as well and I did inform him of the issue that I did file the |
| 7 | motion and his office was also informed that I was going to have |
| 8 | a hearing today on that motion. |
| 9 | THE COURT: All right. And Mr. Jackson, if you would |
| 10 | indicate to Mr. Needleman that I know he's going to be available |
| 11 | on Monday, April 28th. |
| 12 | MR. JACKSON: Yes, Your Honor. |
| 13 | THE COURT: That I know he's busy. But I just have |
| 14 | full confidence of his ability to be here for the trial of the |
| 15 | case. Tell him I send my regards and I know he'll be here and |
| 16 | I'll be very, very surprised if I were to get a request that he |
| 17 | couldn't be here on April 28th. I'm confident that any other |
| 18 | matters that he has will be resolved and you tell him I said |
| 19 | hello. So we're all smiling here in the courtroom. We'll try |
| 20 | this case on Monday, April the 28th. So thank you, counsel. And |
| 21 | again, nice to see you. |
| 22 | MR. BATES: Thank you Your Honor. |
| 23 | (Proceedings concluded.) |
| 24 | |
| 25 | |

1
2  I, LISA K. BANKINS, certify that the foregoing is
   a correct transcript from the record of
3  proceedings in the above-entitled matter.
4
5  _____    _____
   Signature of Court Reporter/           Date
6  Transcriber
7
8  _____
   Typed or Printed Name
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

| | | |
|---|---|---|
| 0 | ask [1] | deal [1] |
| 0064 [1] | asking [1] | defendant [6] |
| 0244 [2] | Assistant [1] | defendants [1] |
| 1 | at [4] | defense [2] |
| 10 [1] | attorney [8] | depicting [1] |
| 101 [1] | Attorney's [1] | described [1] |
| 11:00 [1] | available [1] | developed [1] |
| 17th [3] | avoid [1] | did [4] |
| 18 [1] | B | didn't [2] |
| 2 | Baltimore [4] | difficult [1] |
| 20 [1] | Bankins [2] | difficulty [1] |
| 2008 [2] | Based [1] | discussion [1] |
| 201 [1] | Bates [17] | disqualify [1] |
| 21201 [2] | Bates' [1] | distribution [1] |
| 21202 [1] | be [15] | DISTRICT [3] |
| 214 [1] | because [2] | DIVISION [1] |
| 21st [1] | before [3] | do [4] |
| 28th [4] | behalf [2] | doesn't [1] |
| 3 | believe [1] | E |
| 3161 [1] | BENNETT [1] | eight [1] |
| 36 [1] | between [2] | either [1] |
| 3rd [1] | biggest [1] | Ellerby [11] |
| 4 | Blake [1] | Ellerby's [1] |
| 40 [2] | both [5] | enter [3] |
| 41 [1] | busy [1] | entitled [1] |
| 4:30 [1] | but [3] | ESQUIRE [2] |
| 5 | C | evidence [3] |
| 5515 [1] | calendar [1] | examination [1] |
| 7 | call [1] | examine [1] |
| 70 [1] | calls [1] | excludable [2] |
| 8 | Calvert [1] | exists [1] |
| 8th [1] | can [2] | F |
| 9 | can't [1] | fact [2] |
| 9:30 [1] | case [16] | family [2] |
| A | cases [1] | fashion [1] |
| a.m [1] | CCB [1] | February [3] |
| abide [1] | CCB-07-0064 [1] | file [2] |
| ability [1] | cell [1] | filed [4] |
| about [1] | certainly [3] | first [1] |
| above [1] | certify [1] | Floor [1] |
| above-entitled [1] | Charles [1] | foregoing [1] |
| Act [4] | CLARIDY [18] | forgotten [1] |
| activities [1] | Claridy's [2] | forward [1] |
| actually [2] | clearly [1] | found [1] |
| again [1] | co [1] | Fourth [1] |
| agreed [1] | co-defendant [1] | Friday [1] |
| ahead [1] | Code [1] | full [1] |
| all [7] | Cole [6] | further [2] |
| already [2] | come [1] | G |
| also [3] | comes [1] | get [4] |
| AMERICA [1] | concern [1] | give [2] |
| Among [1] | concluded [1] | given [1] |
| another [2] | conference [1] | go [3] |
| any [4] | confidence [1] | going [11] |
| Anything [1] | confident [1] | good [4] |
| appear [1] | conflict [4] | government [6] |
| appearance [7] | consider [1] | government's [2] |
| APPEARANCES [1] | correct [6] | grant [2] |
| appears [1] | couldn't [1] | granted [1] |
| appointed [1] | counsel [7] | H |
| April [5] | court [9] | had [1] |
| April 28th [1] | courtroom [1] | has [10] |
| are [1] | criminal [4] | have [12] |
| as [5] | cross [2] | he [7] |
| | cross-examination [1] | he'll [1] |
| | cross-examine [1] | he's [2] |
| | D | heard [1] |
| | date [13] | hearing [3] |
| | dates [2] | hello [1] |
| | David [2] | her [1] |
| | days [4] | |

| | | |
|---|---|---|
| **H** | Mr [29] | reasons [1] |
| here [7] | Mr. [23] | received [1] |
| him [6] | Mr. Bates [8] | record [3] |
| his [8] | Mr. Bates' [1] | recorded [1] |
| hold [1] | Mr. Claridy [4] | reference [1] |
| Honor [11] | Mr. Claridy's [2] | regarding [2] |
| HONORABLE [1] | Mr. Cole [4] | regards [1] |
| hopefully [2] | Mr. Jackson [4] | relationship [1] |
| However [1] | Ms [1] | Reporter [2] |
| **I** | my [3] | represent [3] |
| I'll [4] | **N** | representation [1] |
| I'm [10] | name [2] | represented [5] |
| I've [2] | narcotics [1] | representing [2] |
| if [8] | necessarily [1] | represents [1] |
| in [25] | need [2] | request [2] |
| indicate [1] | Needleman [2] | requested [1] |
| indication [1] | Needleman's [1] | researched [1] |
| indictment [1] | new [3] | resolve [1] |
| inform [2] | nice [1] | resolved [1] |
| informed [3] | No [1] | respect [1] |
| initiative [1] | NORTHERN [1] | retained [3] |
| inquire [1] | noted [2] | RICHARD [1] |
| inquiry [2] | notereading [1] | right [7] |
| instant [1] | notice [1] | RMR [1] |
| interest [3] | now [6] | Robert [1] |
| into [1] | Number [5] | Room [1] |
| investigation [1] | **O** | Rule [1] |
| involving [2] | off [1] | **S** |
| is [19] | office [3] | said [1] |
| issue [2] | Okay [4] | schedule [4] |
| issues [2] | on [15] | scheduled [4] |
| it [8] | once [1] | scheduling [1] |
| It's [1] | one [2] | Section [1] |
| items [1] | or [3] | Seddiq [1] |
| IVAN [2] | order [3] | see [2] |
| **J** | other [3] | seized [1] |
| JACKSON [9] | others [1] | send [1] |
| JUDGE [2] | out [3] | set [4] |
| just [3] | **P** | seventy [2] |
| **K** | Paper [3] | Signature [1] |
| know [4] | parties [1] | simple [1] |
| Kowitz [1] | partnership [1] | sir [1] |
| **L** | pending [4] | situation [3] |
| least [1] | Phil [1] | sixty [1] |
| let [1] | PHILIP [1] | sixty-eight [1] |
| letter [1] | phone [1] | smiling [1] |
| light [2] | photograph [1] | So [7] |
| Lisa [2] | please [1] | some [1] |
| local [1] | point [2] | South [1] |
| location [1] | position [1] | speedy [5] |
| Lombard [1] | possible [2] | spirit [1] |
| look [1] | potential [1] | spoke [2] |
| **M** | prepare [2] | spoken [2] |
| made [1] | prepared [2] | standing [1] |
| March [4] | pretrial [1] | STATES [7] |
| March 17th [1] | prevents [1] | stenography [1] |
| March the [1] | Printed [1] | Street [3] |
| MARYLAND [5] | privately [2] | submit [1] |
| matter [4] | proceed [1] | Suite [1] |
| matters [1] | proceedings [3] | superseding [1] |
| May [1] | produced [1] | surprised [1] |
| me [2] | properly [1] | **T** |
| mechanical [1] | proposed [1] | taken [1] |
| Monday [4] | pursuant [1] | tell [2] |
| morning [5] | put [2] | ten [1] |
| motion [10] | **R** | terms [1] |
| motions [2] | RDB [2] | thank [2] |
| moved [1] | RDB-07-0244 [2] | that [33] |
| | really [1] | That's [2] |
| | reason [1] | their [1] |
| | | Then [1] |

## T

there [2]
there's [3]
this [14]
those [2]
time [3]
TIMOTHY [4]
today [1]
today's [6]
together [1]
Tonya [1]
Transcriber [1]
transcript [3]
trial [18]
try [4]
trying [1]
two [1]
Typed [1]

## U

under [1]
UNITED [7]
unless [1]
untenable [1]
until [4]
up [2]

## V

vein [1]
very [3]
view [1]

## W

waiver [1]
want [2]
was [13]
we [2]
We'll [1]
we're [3]
weeks [1]
well [3]
were [2]
West [2]
what [2]
whatever [1]
whether [1]
which [5]
who [3]
will [11]
willing [1]
withdraw [3]
withdrawn [1]
within [5]
witness [1]
would [5]

## Y

Yes [4]
yesterday [4]
you [9]
you'll [4]
your [12]