IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TIMOTHY LEE CLARIDY | * | |
| v. | * | Civil No. RDB-11-2767 |
| UNITED STATES OF AMERICA | * | |

* * * * * * * * * * * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. RDB-07-0244 |
| TIMOTHY LEE CLARIDY | * | |

*******

## MEMORANDUM ORDER

Upon recognizing that Petitioner Timothy Lee Claridy did not receive a copy of Government's Response (ECF No. 105) to the Petitioner's Motion to Vacate under 28 U.S.C. § 2255 (ECF No. 100), it is this 23rd day of January, 2013 ORDERED that:

This Court deems it appropriate that the Order Denying Motion to Vacate (ECF No. 112) and accompanying Memorandum Opinion (ECF No. 111) be VACATED;

The Petitioner is to be provided a copy of the Government's Response (ECF No. 105);

The Petitioner has twenty-eight (28) days from receipt of the Government's Response to file a reply; and

Copies of this Order shall be sent to the Petitioner and Counsel of record.

_____
Richard D. Bennett
United States District Judge