**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES** | * | |
| | * | |
| **v.** | * | **Crim Case No. 1:07-cr-00244-RDB** |
| | * | **Civil Case No. 1:25-cv-2120-RDB** |
| **TIMOTHY CLARIDY** | * | |
| **Defendant** | * | |

**************************************************************************

**CONSENT MOTION FOR EXTENSION OF TIME**
**TO FILE INITIAL MEMORANDUM RE: *FERNANDEZ V. UNITED STATES,***
**146 S.CT. 1292 (MAY 28, 2026) AND PROPOSED AMENDED SCHEDULE**

Defendant, Timothy Claridy ("Claridy"), by and through undersigned counsel, respectfully file this Consent Motion to Extend Time to file Initial Memorandum re: *Fernandez v. United States,* 146 S.Ct. 1292 (May 28, 2026) and Proposed Amended Schedule from Friday, October 30, 2026, to Tuesday, November 3, 2026, and the Response and Reply equally moved from Friday to Tuesday, and in support thereof states as follows.

1. As a result of various filings pending before this Court, and Defendant's request for providing this Court a Memorandum of Law as it related to a recent United States Supreme Court of *Fernandez v. United States,* 146 S.Ct. 1292 (May 28, 2026)—after a Conference call with the parties and this Court, a schedule for these filings was entered as part of a Letter Order dated September 16, 2026 by Judge Richard Bennett.

2. A Proposed Schedule was agreed upon, noting a Memorandum of no more than 15 pages by the Defendant on *Fernandez* by Friday, October 30, 2026, a Response by the United States by November 13, 2026, and a Reply by the Defendant Claridy by November 20, 2026. These filings would precede the presently scheduled hearing on the matter, before this Court on December 8, 2026, which is not sought to be altered or changed with the foregoing Consent Filing.

3. Defendant's Counsel noted in previous filings, as a result of a family member's death out of state earlier this year, (and recent appointment as Executor after obtaining counsels to assist), there were a number of complicated matters related to assisting in his mother's affairs, that would require going out of town for an unknown period in October 2026. This time was longer than anticipated *inter alia,* due to a meeting having to be rescheduled, but was unavoidable under the circumstances. Upon returning back to Maryland, in addition to significant work for other legal matters, Counsel unfortunately also fell ill due to a stomach ailment, the past week.

4. As a result, a modest extension of time from Friday through Tuesday in the schedule noted above, is appropriate for the Briefing schedule previously noted in this Court's Letter Order. Each extension is from Friday to Tuesday, and will not interfere with this Court's Hearing date, or with any prejudice to this Court or the parties. (The date of Tuesday, November 3, 2026, while Election Day, is not a date when the Federal Government is closed)

5. Counsel for the United States Stanton Lawyer has graciously agreed to requested Extension and change in scheduled Briefing Order. This motion is not made for improper purpose or delay and is not prejudicial to any party. A Proposed Order agreed upon by the parties, is attached for this Court's convenience.

WHEREFORE, the Plaintiff Timothy Claridy respectfully requests this Court grant the Extension Of Time to File Initial Memorandum Re: *Fernandez V. United States,* 146 S.Ct. 1292 (May 28, 2026) And Proposed Amended Schedule, which will in effect, extend the three dates in the Briefing Order, from a Friday due date to a Tuesday due date.

Respectfully submitted,

/s/

Michael Wein, Esquire (Bar No. 15950)
Law Offices of Michael A. Wein, LLC.
7845 Belle Point Drive

Greenbelt, MD 20770
weinlaw@hotmail.com
*Counsel for Defendant Claridy*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 30th day of October 2026, a copy of the foregoing Extension Motion was filed with the United States District Court for the District of Maryland by electronic filing. All counsel of record were served via the Court's electronic filing system.

/s/
Michael Wein, Esquire